No. 92–1730. CRUZ-MENDOZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1735. BRINTON ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1745. JANTZ *v.* MUCI. C. A. 10th Cir. Certiorari denied.

No. 92–1752. MARSHALL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–1759. GODWIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–1761. FUGAZY *v.* METROMEDIA CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–7124. SELVAGE *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–7444. CAMPBELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–7520. BOTEL *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–7551. SODERLING ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7726. EVANS *v.* ADAMKUS ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–7801. RAMEY *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–7835. CABALLERO *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–8144. ZIEBARTH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–8167. AINGE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.